# DECISIONS IN CASES NOT REPORTED.

## FOURTH DEPARTMENT, JANUARY, 1885.

Henrietta H. Wright, Respondent, v. Bank of the Metropolis, Appellant. — Order denying defendant's motion for a new trial affirmed, with costs and disbursements to plaintiff. Order granting plaintiff's motion for a new trial reversed, and judgment on the verdict ordered for the plaintiff. with costs of the action. Opinion by Hardin, P. J.

The People of the State of New York, Respondent, v. Helen McCallan,. Appellant. — Judgment and conviction affirmed. Opinion by Boardman, J.

The Town of Taylor, Respondent, v. Elisha Brown, Appellant. — Judgment reversed and new trial ordered, costs to abide event. Opinion by Follett, J.

Thomas Murphy, Respondent, v. Joshua S. Loomis, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Loren W. Marsh, Appellant, v. Sylvester P. Pierce, Respondent. — Judgment affirmed, with costs. Opinion by Follett, J.

John M. Duff, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment of the County Court of Onondaga county reversed, and that of the Justices' Court affirmed, with costs. Opinion by Boardman, J.

Chapman W. Avery, Respondent, v. James H. Blair, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.; dissenting opinion by Follett, J.

Augustus E. Maxwell, Appellant, v. Alexander Cruikshank, Respondent. — Judgment of Jefferson County Court reversing justice's judgment affirmed, with costs. Opinion by Boardman, J.

George Clark, Respondent, v. Richard Quinn, Appellant. — Judgment and order affirmed, with costs. Opinion by Follett, J.

Michael McAvoy, Appellant, v. George Everson, Respondent. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Dwight Smith, Appellant, v. Westel R. Tanner and others, Respondents. — Judgment affirmed, with costs. Opinion by Follett, J.

Samuel Coy, Respondent, v. John J. Hart, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.

Joseph B. Love, Respondent, v. Robert Love, Appellant. — Judgment of Schuyler County Court affirmed, with costs. Opinion by Follett, J.

John W. Smith, Appellant, v. George Scott, Respondent. — Judgment affirmed, with costs. Memorandum by Boardman, J.; dissenting opinion by Follett, J.

Charles C. Blair and others, Respondents, v. Patrick Lynch, Appellant. — Judgment and order affirmed, with costs. Opinion by Follett, J.

Edward P. Bates and others, Respondents, v. Ellen V. Kelsey, Appellant. — Judgment affirmed, with costs. Opinion by Boardman, J.

Daniel C. Case, Appellant, v. Wealthy Dexter and another, Respondents. — Judgment and order reversed, and new trial ordered, with costs to abide the event. Opinion by Follett, J.

Kitty M. Perkins, Respondent, v. George Hall and others, Appellants. — Judgment affirmed, with costs. Opinion by Boardman, J.

Mary Dietrick, Plaintiff, v. Firemen's Fund Insurance Company, Defendant. — Motion for a new trial denied and judgment ordered for the defendant on the verdict, with costs. Opinion by Follett, J.

George W. Elkins, Respondent, v. James D. Kilborn, Appellant. — Judgment and order affirmed, with costs. Opinion by Boardman, J.; Follett, J., not sitting.

The People of the State of New York ex rel. Ebenezer Pennock, Appellant, v. Abraham Tuttle and others, Respondents. — Certiorari dismissed and proceedings and decision of the referee affirmed, with fifty dollars costs and disbursements against the relator. (See Code of Civil Procedure, § 2143.) Opinion by Boardman, J.

Julius Johnson, as Executor, and others, Respondents, v. Harrison Wells, Appellant. — Judgment affirmed, with costs. Opinion by Boardman, J.; Follett, J, not sitting.

Ella Betts, Appellant, v. Nathaniel M. White, Respondent, Impleaded, etc — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Sarah Decker, Respondent, v. Hattie E. Decker and another, Appellants. — Judgment affirmed, with costs. Opinion by Boardman, J.

Bruce J. Kimball, Appellant, v. The Herald Company, Respondent. — Judgment and order affirmed, with costs. Opinion by Follett, J.

Mary Lyon and others, Appellants, v. Charles W. Hersey and others, Respondents — Judgment affirmed, with costs. Opinion by Boardman, J.

Mary A. Fuller, Respondent, v. Adam S. Gunn, Appellant. — Order affirmed, with costs. Opinion by Hardin, J.

Hannah Barlow, Respondent, v. William J. Barlow, Appellant. — Judgment affirmed, with costs. Opinion by Boardman, J.

Caroline C. Piper, Appellant, v John L. Hoard, Respondent. — Judgment affirmed, with costs, on opinion of Vann, J., at Special Term.

Caroline C. Piper, Appellant, v. John L. Hoard, Respondent. — Judgment affirmed, with costs, with leave to defendant to answer upon payment of costs of demurrer and of this appeal.

In the Matter of the Application of Robert B. Gardner, Administrator, etc., of Allen B. Gardner, Deceased, to sell real estate to pay debts. — Decree of surrogate of Tompkins county affirmed, without costs to either party. Opinion by Boardman J.

Jay Anthony, Respondent, v. Joseph Lerett and others, Appellants — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.; Boardman, J., not sitting.

Ira Seymour, Respondent, v Alexander McInstry, Jr., and others, Appellants. — Judgment affirmed, with costs. Opinion by Follett, J.; Boardman, J., not sitting.

William A. Sweet, Appellant, v. Edmund Merry, as survivor, etc., Respondent. — Judgment and order reversed, and a new trial ordered, costs to abide the event. Opinion by Hardin P. J.

Robert Youngs, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Order denying new trial affirmed, with costs. Opinion by Boardman, J.; Follett, J., not sitting.

William A. Tyler, Respondent, v. Timothy Guy, Appellant. — Judgment reversed, and a new trial ordered before another referee, costs to abide the event. Opinion by Follett, J.

David D. Lefler, Appellant, v. James S. Brown,